18

From: The District Court of the Fourth Judicial District, County of Lake, STATE OF MONTANA, Plaintiff vs. PAUL ALBERT THROPE, Defendant.

## DECISION

No. DC-83-41

The application of the above-named defendant for a review of the sentence of 20 years; DANGEROUS; concurrent with sentence the Defendant is serving in Washington imposed on May 25, 1983, was fully heard and after a careful consideration of the entire matter it is decided that: the sentence shall be amended to 20 years with 13 years suspended; and a DANGEROUS designation. To be served concurrently with Washington.

The Defendant's accomplice received a substantially less severe sentence. Therefore, by amending the sentence it will make it more in line with crimes of a similar nature.

The Defendant shall be under the Supervision of the Department of Adult Probation and Parole for the suspended portion of this sentence.

We wish to thank Vanessa Ceravolo of the Montana Defender Project for her assistance to the Defendant and to this Court.

DATED this 6th day of January, 1984.

### SENTENCE REVIEW DIVISION

Joseph B. Gary, Mark P. Sullivan, John S. Henson

From: The District Court of the Third Judicial District, County of Granite, STATE OF MONTANA, Plaintiff vs. NORMAN E. HEBERT, Defendant.

## DECISION

No. 761

The application of the above-named defendant for a review of the sentence of 50 years imposed on Jan. 8, 1980, was fully heard and after a careful consideration of the entire matter it is decided that: the sentence be amended to 75 years; NON-DANGEROUS.

Reasons for the amended sentence are:

(1) The fact that the Defendant was lying in wait for his victim;

(2) this could have been a potential death case;

(3) the savageness of the crime committed;

(4) the Defendant showed no remorse in front of the Court; and the Pre-sentence report indicates that the Defendant has little or no remorse about his feelings in the taking of a human life, and in fact, felt glad that the victim was dead; and

(5) this Board considered the recommendation of the Probation Officer.

We wish to thank Brad Newman of the Montana Defender Project for his assistance to the Defendant and to this Court.

DATED this 6th day of January, 1984.

SENTENCE REVIEW DIVISION

Joseph B. Gary, Mark P. Sullivan, John S. Henson

From: The District Court of the Third Judicial District, County of Powell, STATE OF MONTANA, Plaintiff vs. CHARLES WILLIAMS, Defendant.

DECISION

No. DC-80-15

The application of the above-named defendant for a review of the sentence of 3 years; consecutive to sentence now serving in Nevada; and consecutive to Powell County File #2256 imposed on January 29, 1981 was fully heard and after a careful consideration of the entire matter it is decided that: the sentence shall remain the same as originally imposed.

This Board finds that the original sentence imposed was proper and just considering all the circumstances.

We wish to thank Curt Bevolden of the Montana Defender Project for his assistance to the Defendant and to this Court.

DATED this 6th day of January, 1984.

SENTENCE REVIEW DIVISION

Joseph B. Gary, Mark P. Sullivan, John S. Henson

From: The District Court of the Third Judicial District, County of Powell, STATE OF MONTANA, Plaintiff vs. CHARLES WILLIAMS, Defendant.

DECISION

No. 2256

The application of the above-named defendant for a review of the sentence of 8 years-Escape; 20 years-Robbery; consecutive with sentences now serving plus Persistent Felony Offender for Parole Eligibility imposed on September 12, 1977, was fully heard and after a careful consideration of the entire matter it is decided that: the sentence shall be amended to 8 years for Escape; 20 years with 15 years suspended for Robbery; and these two sentences shall be served concurrently. However this sentence shall be served consecutively with Powell Count Case #DC-80-15; and consecutively with the Nevada charge.

The Defendant shall be under the Supervision of the Department of Adult Probation and Parole for the suspended portion of this sentence.

Reasons for the amendment are: